**HO KEUNG TSE, Plaintiff–Appellant,**

v.

**GOOGLE INC., Samsung Telecommunications America LLC, HTC America, Inc., and Blockbuster, Inc., Defendants–Appellees.**

**No. 2014–1222.**

United States Court of Appeals, Federal Circuit.

July 16, 2014.

Rehearing and Rehearing En Banc Denied Sept. 15, 2014.*

* Circuit Judge Linn participated only in the decision on the petition for panel rehearing.

**942**

Ho Keung, Tse, of Cheung Sha, Hong Kong, pro se.

Stephanie P. Skaff, Farella Braun & Martel LLP, of San Francisco, CA, for Google, Inc. With her on the brief were Deepak Gupta; Bijal Vakil and Eric Krause, White & Case LLP, of Palo Alto, CA, for Samsung Telecommunications America, LLC; Jerry R. Selinger, Patterson & Sheridan, LLP, of Dallas, TX, for HTC America, Inc.; and Scott Llewellyn, Morrison & Foerster LLP, of Denver, CO, for Blockbuster, LLC.

PROST, Chief Judge, LINN and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**